

# MEMO ENDORSED

December 8, 2021

**VIA ECF**
Hon. Kenneth M. Karas
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Leidner v. First National Collection Bureau, Inc.* – Case No.: 7:21-cv-8342

Dear Judge Karas:

We are counsel for Defendant First National Collection Bureau, Inc. in the above matter. Please let this letter serve as Defendant's request for an extension of time through January 10, 2022 to respond to Plaintiff's Complaint in the above matter.

Defendant's response to Plaintiff's Complaint is currently due December 10, 2021 and this is Defendant's first request for an extension of time. The basis for the extension is that the undersigned counsel was just retained in this matter and needs additional time to assess Defendant's position in the subject litigation and draft a responsive pleading. Pursuant to my conversation with Plaintiff's counsel, Plaintiff does not oppose this Request.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

LIPPES MATHIAS LLP

/s Brendan H. Little

Brendan H. Little

BHL/bmo

Granted.
So Ordered.
12/9/21

Brendan H. Little | Partner | blittle@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   Phone: 716.853.5100   Fax: 716.853.5199   lippes.com

New York: Albany, Buffalo, New York City, Rochester // Florida: Jacksonville // Illinois: Chicago // Ontario: Greater Toronto Area // Washington, D.C.